UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARL E. DUNCAN,<br><br>            Plaintiff,<br><br>vs.<br><br>RAMON OLIVAS, *et al.*,<br><br>            Defendants. | Case No.: 3:17-CV-00460-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 75) |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 75[1]) entered on June 8, 2020, recommending that the Court grant and deny in part Defendants' Motion For Summary Judgment (ECF No. 55, 55-1 to 55-8, 57-1 to 57-5, errata to declarations at ECF Nos. 60-1 to 60-4).  No objection to the Report and Recommendation has been filled.

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 75) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion For Summary Judgment (ECF No. 55, 55-1 to 55-8, 57-1 to 57-5, errata to declarations at ECF Nos. 60-1 to 60-4) is **GRANTED IN PART AND DENIED IN PART** as follows:

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 55, 55-1 to 55-8, 57-1 to 57-5, errata to declarations at ECF Nos. 60-1 to 60-4) is **DENIED** as to the retaliation claim against BENNETT regarding the food; and **GRANTED** as to the other claims and Defendants for the reasons set forth in the Report and Recommendation (ECF No. 75).

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2020.

_____
ROBERT C. JONES
United States District Judge